ACCEPTED
04-14-00569-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/16/2015 2:22:07 PM
KEITH HOTTLE
CLERK

04 -14 -00569 CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/16/2015 2:22:07 PM
KEITH E. HOTTLE
Clerk

# In The Court Of Appeals
# For The Fourth District Of Texas
# San Antonio Texas

---

### BURTON KAHN
*APPELLANT*

### V.

### HELVETIA ASSET RECOVERY INC.
*APPELLEE.*

---

On Appeal From The 37th Judicial District Court Of Bexar County, Texas
Trial Court, No. 2013–CI -18355
Hon. Michael  E. Mery  Judge Presiding

---

### MOTION TO ABATE  FILING OF APPELLANT'S BRIEF UNTIL AN OPINION IS ISSUED ON CASE 04-14-00357. IN RE  A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY INC.

---

**Burton Kahn pro se**
**1706 Alpine Circle**
**San Antonio, TX 78248**
**210-408-9199**
glentrail@yahoo.com

1

# IDENTITY OF PARTIES AND COUNSEL

Appellant certifies that the following is a complete list of the parties, attorneys and any other person who has any interest in the outcome of this lawsuit:

**Attorneys for Appellants:**    Burton Kahn Pro-se
1706 Alpine Circle
San Antonio, TX 78248
Tel (210) 408-9199
glentrail@yahoo.corn

**Attorneys for Appellants:**

Haynes and Boone LLP
Lisa Barkley
112 E. Pecan St. Suite 1200
San Antonio, TX 78205 – 1524
Tel (210) 978-7427
Fax (210) 0427
Lisa.Barkley@ haynesboone.com

Haynes & Boone, LLP
Werner A. Powers
Natalie DuBose
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel (214) 651-5487
Fax (214) 200-0468
Werner.Powers@hayneshoone.com

Trial Judge:    Hon. Michael E. Mery
37th Judicial District Court
Bexar County, Texas

TO THE HONORABLE COURT OF APPEAL:

Appellate Burton Kahn "(Kahn")" files this is Motion To Abate Filing Of Appellant's Brief Until An Opinion Is Issued On Case 04-14-00357-CV. In Re A Purported Lien Or Claim Against Helvetia Asset Recovery Inc. ("Case 00357-CV") and respectively shows the following:

### I

Case 00357-CV .has been set for submission on January 6, 2015. The judgment in case 00357-CV has been used as collateral estoppel this case 04-14-00569 Burton Kahn v. Helvetia Asset Recovery, Inc.

### II

The first issue in the notice of appeal was that the Court abused its discretion by sustaining collateral estoppel from Final Judgment Sanction Order of Case 00357CV determining the ownership of the shares of Helvetia. **Vol 4 , CR 444** .

### III

If the Appellant scheduled timetable is adhered to then Appellant's Brief will contain the same arguments presented in case 00357- CV. To conserve judicial economy and possible conflicting opinions if the panel is not the same as the selected case 00357-CV as appellant hereby request that the filing of appellant's brief on February 9, 2015 be abated until the case 00357-CV is decided.

### IV

3

Timetables have been suspended in cases awaiting decisions of other cases . In *Chisholm Trail Elks Lodge No. 2659 v. MT Falkin Investments, L.l.c.*, 03-11-00650-cv (Tex.App.-Austin 7-24-2013) the court abated a decision until the Supreme Court ruled on its petition for review.

In *Haskell v. Seven Acres*, 363 S.W.3d 754 (Tex.App.-Houston [1st Dist.] 2012)

> "After setting this case for submission, we abated it, pending the Texas Supreme Court's opinion in *Scoresby v. Santillan*, 346 S.W.3d 546 (Tex. 2011)."

## PRAYER

For the above reasons appellant prays that this court spends the appellant timetable until such time case 00357 CV is decided and then establish the appropriate time for Appellant to file its brief based on the decision of case 00357CV.

Respectfully submitted,

Burton Kahn Pro-se
1706 Alpine Cir.,
San Antonio, TX 8248
glentrail@yahoo.com
Tel (210) 408-9199

## **VERIFICATION**

State of Texas              §
County of Bexar             §        Tex. Civ. Prac. & Rem. Code §132.001

My name is Burton Kahn. I am over the age of 18 and am fully competent to make this unsworn declaration. My date of birth is in August 1933 and my address is 1706 Alpine Circle, San Antonio, Texas 78248. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, Te           day of January, 2015

## **CERTIFICATE OF SERVICE**

I certify that a copy of Plaintiff, Helvetia Asset Recovery Inc., this Motion was served on Defendant Helvetia Asset Recovery Inc. through counsel of record on January 16, 2015 by

Via Email Lisa. Barkley@ haynesboone.com
Haynes and Boone LLP
Lisa Barkley
112 E. Pecan St. Suite 1200
San Antonio, TX 78205 - 1524


Via E-mail Werner.Powers@hayneshoone.com
Werner A. Powers
Natalie DuBose
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219


Burton Kahn Pro-se